## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHAKA MATTHEWS, )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>PENNSYLVANIA DEPARTMENT OF )<br>CORRECTIONS )<br>)<br>*Defendants.* ) | Civil No. 14-1330 |

## EXHIBIT LIST TO PLAINTIFF'S STATEMENT OF MATERIAL FACTS

- A. Declaration of Chaka Matthews
- B. Medical Records of Chaka Matthews
- C. Deposition of Nicholas Arnone
    - 3) Diagram of EB Block
    - 4) DC-ADM 801
    - 6) Cell History
    - 7) July 17, 2011 Misconduct
    - 8) July 19, 2011 Disciplinary Hearing Report
- D. Deposition of David Hunter
- E. 30(b)(6) Deposition of Bryan Hyde
    - 1) 30(b)(6) Deposition Notice
    - 2) DC-ADM 006
- F. Sick Call Requests
- G. Deposition of Denise Thomas
- H. Disability Accommodation Request Form
- I. 30(b)(6) Deposition of Paul Noel
    - 1) 30(b)(6) Deposition Notice

Respectfully submitted,

/s/ Alexandra Morgan-Kurtz
Attorney ID:  PA 312631
Pennsylvania Institutional Law Project
100 Fifth Ave, Ste 900
Pittsburgh, PA 15222
T:  (412) 434-6175

*Counsel for Plaintiff*