# Exhibit B

# PROGRESS NOTES

| Date/ Time | Discipline Abbreviation | Remarks Subjective, Objective, Assessment, Plan |
|---|---|---|
| 11/15/10 1450 | NSG | Inmate refused flu vaccine, dc sle2 completed and signed. Denise McGrotty RN / Denise McIntosh RN |
| 11/29/10 0850 | PAC | S: c/o pain ® hand 3rd finger pain. Denies any numbness. No tingling. C/o hope he doesn't have cancer. No other c/o. O: No ↓ ROM ® 3rd finger mild edema so erythema A: ® hand 3rd finger ? tenosynovitis P: Benadryl ... monkey ... ed tube c fwd. GF, cy renewed ... Jamie Collins PA-C |
| 3/9/11 1145 | CRNP | S: here requesting my "more cream for my butt & an xray of my ® ankle" O: ecchymotic area to dorsal surface ® ankle = edema, full PROM to area. Pedal pulses palp. A: ? ankle edema - not ID'ed ... exam P: Discuss ankle exercises, return prn. Michele Swannan - CRNP |

Progress Notes
Commonwealth of Pennsylvania
Department of Corrections
DC-472

Revised 3/2007

Name: Matthew, Chaka

Number: FA 4298

DOB: 5-7-70

Facility: SCI SMR.

# PHYSICIAN'S ORDER FORM

MATTHEW, CHAKA
FAY298
5-7-70
SCI-SMA

Drug Allergies: NKDA

Self-Medication Program ☐ Yes     ☐ No

| Date/ Military Time | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|
| | ① Motrin 400 mg po tid pro pain × food full 9/29/1?  # 21 given  Jamie Collins PA-C |
| 12-8-70 | 12/8/13  1535 |
| 13-10 | Prakesh P. Ghatte, MD, FACEP  Medical Director |
| | Verbal Treatment |
| 3-10-11 1130 | Aspirin 81 mg po daily  → until 10-10-11  simvastatin po q hs 20 mg |
| | Jeremy R. Hunt, CRNP |
| | Noted 3-10-11  1230  L. Niessner, LPN |

CONFIDENTIAL

**PLEASE USE BALL POINT PEN ONLY**

Revised 6/2007

## CONSULTATION RECORD

| **Part A:** Completed by referring facility | Type of Consult: (Circle)　(Initial)　Follow-up　(On-Site)　Off-Site　Telemedicine |
|---|---|
| Referred to: PT | If Off-Site: (Circle)　OV　OS　XR　DI　Authorization #: |
| Last PPD: Date: 6-1-10　Result: ☒ Negative　☐ Positive mm: ___ | Drug Sensitivity:　NKDA | Appt. Date/Time: |
| Relevant health information attached: (Circle)　Yes　(No) | ☐ Must schedule consult no later than: _____　☐ Routine | |

History of Present Illness/Injury/Physical Findings:

41 yo male c̄ c/o (L) ankle/ft pain X 2 months.
No apparent injury. Xray showing soft tissue
swelling, no Fx ⊥/or dislocation. Continues
to ↓ use to area, "so it doesn't get worse."
Needs ROM / excercises to ↑ mobility.

Treatment to Date/Current Medications and Significant Medication History:

NSAIDS, Septra DS

| | |
|---|---|
| _Michele Swanhart - CRNP_　4/27/11 | |
| Signature of Referring Physician　Date | |

| **UR Decision: Site Medical Director (Check)**　☐ Approval<br>☐ Alternate Treatment Plan (ATP)　☒ Reviewed & Forwarded | Signature/Date:　_JRBenner_　4/28/11 |
| **UR Decision: Regional Medical Director (Check)**<br>☐ More Information　☐ Approval　☐ ATP　☐ Reviewed & Forwarded | Signature/Date: |
| **UR Decision: State Medical Director (Check)**<br>☐ More Information　☐ Approval　☐ ATP | Signature/Date: |

**Part B:** (Check) ☐ Findings & recommendations are to be completed by Consultant and returned with officer to the facility

41 y/o c/o (L) posterior heel pain starting about 7 wks ago. Due to no
known injury. Pt shows swelling + tenderness to the distal achilles
tendon. Pt notes buying new sneakers about 2 months ago. May have caused
irritation on tendon. Pain 8% 9/10.　N = MH + TENS suggest heel lift
to raise heel + ↓ pressure on tendon.

| _JRBenner_　5/16/11 | _RDMason PT_　5-13-11　14:06 |
|---|---|
| Signature of Site/Regional/State Medical Director　Date/Time | Signature of Consultant　Date/Time<br>R. D. Mason, PT |

Commonwealth of Pennsylvania
Department of Corrections
Consultation Record
DC-44
Revised 1/2011

WHITE: Medical Record　　CANARY: Consultant　　PINK: Medical Record (Pending)

DC-44 DATE: 6-21-02
MIN DATE: 10-20-06
MAX DATE: 10-20-11

Inmate Name: Matthew, Chaka
Inmate Number: FA 4898
DOB: 5-7-70
Facility: SMR

Inmate Name: _____    Inmate Number: _____

| Date/Time | Discipline Abbreviation | Remarks<br>**S**ubjective, **O**bjective, **A**ssessment, **P**lan |
|---|---|---|
| 5/5/11<br>1430 | CRNP | S/O: Discussion ē MD for Ⓛ ft pain<br>A: ? inflammatory process<br>P: short course steroids + re√ 2 wks.<br>On line Wed to discuss.<br><br>*Michele Swanhart - CRNP* |
| 5/11/11<br>0945 | CRNP | S: here to discuss Ⓛ ft pain<br>O: NAD<br>A: persistent Ⓛ ft pain<br>P: steroids x 28 days, re√ 3 wks<br><br>*Michele Swanhart - CRNP* |
| 5/13/11<br>1440 | P.T. | See PC (4/4) P.T. Eval Ⓡ achilles tendonitis<br>RD Mason PT    R. D. Mason, PT<br><br>Dr. John R. Benner  5/16/11<br>Medical Director  0745 |
| 5/20/11<br>1445 | PT | Pain is felt to the posterior-adewards stud below the<br>achilles Tendon insertion. Pain level is at 3-4 (10)<br>Rx of us 10 m 3 min/ 1.2 w/cm², RD Mason PT<br>P.T. walks ē limp.    R. D. Mason, PT<br><br>Prakash P. Shirke, MD FACEP<br>Medical Director<br>5/31/11 |

# PROGRESS NOTES

| Date/ Time | Discipline Abbreviation | Remarks<br>**S**ubjective, **O**bjective, **A**ssessment, **P**lan |
|---|---|---|
| 6/1/11 1000 | Bc | S) Pa√ Lt ankle pain, seeing PT. helpsome, Still hurts ē walking<br>O) Tender achilles area ō exam<br>ROM good ō crepetus ō exam<br>Walks in hall ē limp<br>A) Bursactis Lt heal<br>P) finish problems - cont PT FU 3 wks<br><br>Paul Dascani, MD<br>Ellis Kaufman PA-C<br>1400 |
| 6-14-11 14:32 | PT. | Pt continues to c/o heal pain & swelling. I have been using US to heal insertion facility to calcaneus. Some swelling is noted & was painful c palpation.<br><br>D Mason, PT<br>Dr. John R. Benner<br>Medical Director |
| late entry 6-13-11 1330 | CRNP | S: heulfor transual physical<br>O: See DC440<br>A: Normal physical exam<br>P: DC440 completed.<br><br>Michele Swanhart - CRNP |

Progress Notes
Commonwealth of Pennsylvania
Department of Corrections
DC-472

Revised 3/2007

| | |
|---|---|
| Name: | Matthew Chaska |
| Number: | FP 4298 |
| DOB: | 5-07-70 |
| Facility: | Sme |

| Inmate Name: | | Inmate Number: |
|---|---|---|

| Date/Time | Discipline Abbreviation | Remarks<br>**S**ubjective, **O**bjective, **A**ssessment, **P**lan |
|---|---|---|
| 6/20/11<br>0830 | CRNP | S: here for Ⓛ heel re ✓<br>O: Ⓛ heel c̄ slight edema at Achilles. No erythema ±l or warmth to touch<br>A: ? Achilles pain<br>P: Continue c̄ PT, change shoes. (He was seen on walk p̄ visit amb at brisk pace, in no acute distress)<br>*Michele Swanhart, CRNP* |
| 6-21-11<br>14:11 | P.T. | Pt continues c̄ Ⓛ heel pain at achilles tendon insertion at calcaneus. Pt still walks c̄ slight limp. Np using US. Progress is slow, appears to be chronic. *R.D. Mason, PT*<br>*Dr. John R. Benner Medical Director* |
| 6-28-11<br>14:19 | P.T. | Pt still claims to have pain in the heel. The heel is still swollen. I am surprised that he has not cleared up by now. *R.D. Mason, PT*<br>*R. D. Mason, PT*<br>*Dr. John R. Benner Medical Director* |

# PHYSICAL EXAMINATION

| Exam Date: 6/13/11 | Exam Time: 1330 | Type of Examination: | Initial: _____ | Other: _____ |
| | | Parole Violator: _____ | Health Appraisal: ✓ |

| Age: 41 | Sex: M | Height: 5'11" | Weight: 183 | Pulse: 84 | BP: 109/66 | Temp: 97° |

| Next of Kin: Kealtha Jeter – Grandmother | Phone Number: 215-382-1835 |

Address: 716 N. 37th St    Phila, PA 19104

Allergies/Drug Sensitivities: NKDA

| Snellen Acuity Test | Both Eyes | Right Eye | Left Eye |
|---|---|---|---|
| Corrected | 20/10 | 20/13 | 20/13 |
| Non Corrected | | | |

## Physical Examination

| | Normal | Abnormal | Abnormal Findings — Enter item number and describe in detail. Use reverse side if necessary |
|---|---|---|---|
| 1. Head, Face, Neck, Scalp | ✓ | | |
| 2. Noses/Sinuses | ✓ | | |
| 3. Mouth and Throat | ✓ | | |
| 4. Teeth | ✓ | | |
| 5. Ears | ✓ | | |
| 6. Eyes/Pupils | ✓ | | |
| 7. Fundoscopy | ✓ | | |
| 8. Lungs and Chest | ✓ | | |
| 9. Heart | ✓ | | |
| 10. Vascular System | ✓ | | |
| 11. Abdomen | ✓ | | |
| 12. Anus & Rectum | | | deferred ↓ 4540 |
| 13. Prostate | | | |
| 14. Endocrine System | | | |
| 15. Genitalia | | | |
| 16. Extremities | ✓ | | |
| 17. Lymph Nodes | ✓ | | |
| 18. Feet | ✗ | ✓ | wt bearing ability on (L) LE (in PT for area currently) |
| 19. Musculoskeletal | ✓ | | |
| 20. Skin | ✓ | | |
| 21. Neurologic | ✓ | | |
| 22. Mental Status | ✓ | | |
| 23. Other | | | |

**Physical Examination**
**Commonwealth of Pennsylvania**
**Department of Corrections**
**DC-440**

**Revised 3/03**

Inmate Name: Matthew, Chaka

Inmate Number: FA4298

DOB: 9-05-70

Facility: SCI SMR

## PHYSICAL EXAMINATION — CONTINUED

| | Normal | Abnormal |
|---|---|---|
| 24. Female Only | | |
| a.      Breast | | |
| b.      Vagina | | |
| c.      Cervix | | |
| d.      Uterus | | |
| e.      Adnexa | | |

Abnormal Findings — Enter item number and describe in detail.

Remarks (Recommendations or referrals, treatment plan, etc.)

Michele Swanhart - CRNP                     6/13/11   1345
Examiner's Signature                                 Date/Time

The Medical Clearance Form and Oleoresin Capsicum Form shall also be completed at the time of the Physical Exam.

# IST/MACS Physician's Order
## (Initial and Complete Order)

**Medical Clearance Type:**

| | |
|---|---|
| Initial Classification | |
| ✓ Annual Physical | |
| ✓ Biennial Physical | |
| Triennial Physical | |

If a physical exam is completed, please enter date in IST/MACS →

| |
|---|
| Revision due to change in health status |
| Boot Camp Clearance |
| Parole Violator, CCC Returns, Returned Escapees, ATA, HVA |

**Employment Restrictions:**

| | |
|---|---|
| No Repeated Bending | No Work Around Loud Noise |
| No Work Requiring Safety Boots | No Work Outdoors |
| No Work w/ Complex Instructions | No Pushing |
| No Work w/ Depth Perception | No Reaching Over Shoulders |
| No Work Near Respiratory Irritants | No High Risk of Injury |
| No Exposure to Environmental Pollutants | Sedentary Work Only |
| No Contact Allergens – Comment Needed | No Sitting |
| No Food Service-Handle/Janitor | No Squatting |
| Four-Hour Work Restriction | No Standing |
| No Repetitive Use of Hands | No Pulling |
| No Humidity Extremes | Limited Sitting |
| No Intensive Labor | No Lifting |
| No Work Around Moving Machines | No Work in Direct Sunlight |
| No Work at Heights/Elevations | No Temperature Extremes |
| Modified Work Only | No Work Needing Binocular Vis |
| Injured: Not Work-Related | No Prolonged Walking (Specify) |
| Injured: Work-Related | No Walking Wet/Uneven Surfaces |
| Refused Physical | No School |
| No Work (Medically Unemployed) | |

**Activity Restrictions:**

| |
|---|
| Indoor Activities Only |
| No Activities |
| No Sports |
| No Weightlifting |
| No Yard |
| Non-Contact Sports Only |
| Passive Sports Only |
| Weightlifting Limit (Specify) |

**Transfer Mode Restrictions:**

| |
|---|
| Ambulance |
| Car |
| Wheelchair Van |

**Cleared for Quehanna Boot Camp:**

| | |
|---|---|
| Yes | Date: |
| No | Date: |

**Medical Housing:**

| | |
|---|---|
| 23 Hour Observation | Isolation |
| Air Conditioned | Lower Bunk |
| Behavior Management Unit | Mental Health Unit |
| Cell Block Only (No Dormitory) | No Smoking |
| Dialysis Care | Personal Care |
| Forensic Treatment Center | Psychiatric Observation Cell |
| General Housing Infirmary | Special Assessment Unit |
| General Pop. (Near Medical) | Single Cell-Recommended |
| Ground Level | Skilled Care |
| Handicap Cell | Special Needs Unit |
| Intermediate Care Unit | Special Observation Unit |
| Inpatient Infirmary | |

**Signature, date, & time required (see back of sheet).**

Commonwealth of Pennsylvania
Department of Corrections
IST/MACS Physician's Order

Revised: 6/2005

Inmate Name: Matthew, Chaka
Inmate Number: AA4298
DOB: 9-05-70
Facility: **SCI-SOMERSET**

# IST/MACS Physician's Order
## (Initial and Complete Order)

**Assistive Devices:**

| | | | |
|---|---|---|---|
| Ace Bandage w/ Tape | | Hernia Belt | |
| Adaptive Eating Utensils | | Hot Water Bottle | |
| Air Mattress | | Hoyer Lift | |
| Air Splint | | Humidifier | |
| Ankle Brace | | Ice Bag | |
| Ankle Sleeve | | Insoles | |
| Anti-Embolitic Nylons | | Knee Brace | |
| Arch Supports | | Knee Sleeve | |
| Basins | | Lambs Wools Elbow Protectors | |
| Bed Wedges | | Long Handled Shoe Horn | |
| Bedside Commode | | Medical Alert Bracelet | |
| Braces | | Nebulizer | |
| Cane | | Orthopedic Shoes/Boots/Inserts | |
| Cast Boots | | Oxygen Concentrator | |
| Catheter Foley | | Posey Restraints | |
| Catheter Straight | | Prosthesis | |
| Catheter Texas | | RHU Shoes | |
| Cervical Collars (Hard/Soft) | | Safety Helmet | |
| CPAP/BI PAP | | Sheepskin (For Bed) | |
| Cock-up Splints | | Shower Chair/Shower Bed | |
| Crutches | | Side Rails | |
| Dentures | | Sitz Bath | |
| Egg Crate Mattress | | Sling | |
| Elastic Back/Ab Sup/Rib Belt | | Specimen Cups | |
| Elastic Exercise Bands | | Sunglasses | |
| Elbow Sleeve | | Transfer Board | |
| Electric Razor | | Trapeze Bar | |
| Eye Patch | | Truss | |
| Finger Splint | | Urinal | |
| Foley Leg Bag | | Urine Strainer | |
| Geri Chair | | Walker | |
| ✓ Glasses | | Walker w/ Wheels | |
| Hand Exercisers | | Wheelchair | |
| Hand Grippers | | Wheelchair Cushion | |
| Hearing Aid | | Wheelchair Custom | |
| Heel Pads/Heel Lifts | | | |

**Functional Limitations:**

| | | | |
|---|---|---|---|
| Cognitively Impaired | | Speech Impaired | |
| Hard of Hearing/Deaf | | Vision Impaired | |
| Language Barrier | | Wheelchair Confined | |
| Mobility Impaired | | | |

**Medical Assessment Classification:**

| | |
|---|---|
| ✓ M1 – Medically Stable | |
| M2 – Chronic Illness | |
| M3 – Personal Care | |
| M4 – Skilled Care | |
| M5 – Sub Acute (Infirmary) | |

Michele Swanhart - CRNP

_____     6/13/11   1330
Signature                          Date/Time

noted Amaleoth, RN / Amaleoth, RN
6-14-11  1630

# PHYSICIAN'S ORDER FORM

Inmate Name: Matthew Chaka

Inmate Number: FA 4298

DOB: 05-07-70

Institution: SMR

Drug Allergies: NKDA

| Date/ Military Time | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|
| 6/1/11 1000 | NP line 6/20/11 Rose _____ PA-C  Paul Dascani, MD 6-1-1400 |
| 6/1/11 1200 _____ | S. Krepelka LPN |
| 07-06-11 1118 FX | 1. Air Cast Left Foot until 07-20-11 – Given<br>2. Mobic 15mg ĩ tab po daily until 10-06-11.<br>3. NP line 07-20-11. to recheck<br>Dr. John R. Bennet 7/6/11 1415<br>Medical Director |
| 7/6/11 1200c _____ | S. Krepelka LPN Danielle Glotfelty, PA-C |

**PLEASE USE BALL POINT PEN ONLY**

Revised 8/2010

# HEALTH  CARE  ITEM  RECEIPT

On this date _____ *07-06-11* _____ , I received the following item(s) from the Health Care

Services Department:

| Item | Temporary | Permanent | Stop/Review Date |
|------|-----------|-----------|------------------|
| 1. *Air Cast* | ✔ | ☐ | *07-20-11* |
| 2. | ☐ | ☐ | |
| 3. | ☐ | ☐ | |

Comments: _____

_____

_____

I, _____ *Matthew, Chaka* _____ , have received / returned the above named items.
<div style="text-align:center">(circle one)</div>

_____ *Chaka Matthews* _____          _____ *2-6-2011* _____
Inmate Signature                             Date

_____ *[signature]* _____          _____ *07-06-11  1110* _____
Issuing Staff Member's Signature             Date/Time

---

**RETURNED ITEMS:**
All items must be intact upon return.

☐  Issued Item was returned / discontinued on _____ and all pieces were / were not intact.
<div style="margin-left:8em">(circle one)          (date)</div>

☐  Issued Item was returned on _____ for repair.    *Sent comp.*
<div style="margin-left:8em">(date)</div>

_____          *CDS A3.13*
Receiving Staff Member's Signature          Date/Time

---

| Original – Medical Records | Yellow – Unit Manager | Pink – Inmate |
|---|---|---|

| Health Care Item Receipt Commonwealth of Pennsylvania Department of Corrections DC-443  1/01 | Inmate Name: *Matthew, Chaka*  Inmate Number: *FA 4298*  DOB: *05-07-70*  Facility: *SMR* |
|---|---|

# IST/MACS Physician's Order
## (Initial and Complete Order)

**Medical Clearance Type:**

| | |
|---|---|
| | Initial Classification |
| | Annual Physical |
| | Biennial Physical |
| | Triennial Physical |

**If a physical exam is completed, please enter date in IST/MACS** →

| | |
|---|---|
| ✓ | Revision due to change in health status |
| | Boot Camp Clearance |
| | Parole Violator, CCC Returns, Returned Escapees, ATA, HVA |

**Employment Restrictions:**

| | | | |
|---|---|---|---|
| | No Repeated Bending | | No Work Around Loud Noise |
| | No Work Requiring Safety Boots | | No Work Outdoors |
| | No Work w/ Complex Instructions | | No Pushing |
| | No Work w/ Depth Perception | | No Reaching Over Shoulders |
| | No Work Near Respiratory Irritants | | No High Risk of Injury |
| | No Exposure to Environmental Pollutants | | Sedentary Work Only |
| | No Contact Allergens – Comment Needed | | No Sitting |
| | No Food Service-Handle/Janitor | | No Squatting |
| | Four-Hour Work Restriction | | No Standing |
| | No Repetitive Use of Hands | | No Pulling |
| | No Humidity Extremes | | Limited Sitting |
| | No Intensive Labor | | No Lifting |
| | No Work Around Moving Machines | | No Work in Direct Sunlight |
| | No Work at Heights/Elevations | | No Temperature Extremes |
| | Modified Work Only | | No Work Needing Binocular Vis |
| | Injured: Not Work-Related | | No Prolonged Walking (Specify) |
| | Injured: Work-Related | ✓ | No Walking Wet/Uneven Surfaces |
| | Refused Physical | | No School |
| | No Work (Medically Unemployed) | | |

**Activity Restrictions:**

| | |
|---|---|
| | Indoor Activities Only |
| ✓ | No Activities |
| ✓ | No Sports |
| ✓ | No Weightlifting |
| ✓ | No Yard |
| | Non-Contact Sports Only |
| | Passive Sports Only |
| | Weightlifting Limit (Specify) |

**Transfer Mode Restrictions:** _NONE_

| | |
|---|---|
| | Ambulance |
| | Car |
| | Wheelchair Van |

**Cleared for Quehanna Boot Camp:**

| | |
|---|---|
| Yes | Date: |
| No | Date: |

**Medical Housing:** _NONE_

| | | | |
|---|---|---|---|
| | 23 Hour Observation | | Isolation |
| | Air Conditioned | | Lower Bunk |
| | Behavior Management Unit | | Mental Health Unit |
| | Cell Block Only (No Dormitory) | | No Smoking |
| | Dialysis Care | | Personal Care |
| | Forensic Treatment Center | | Psychiatric Observation Cell |
| | General Housing Infirmary | | Special Assessment Unit |
| | General Pop. (Near Medical) | | Single Cell-Recommended |
| | Ground Level | | Skilled Care |
| | Handicap Cell | | Special Needs Unit |
| | Intermediate Care Unit | | Special Observation Unit |
| | Inpatient Infirmary | | |

**Signature, date, & time required (see back of sheet).**

---

Commonwealth of Pennsylvania
Department of Corrections
IST/MACS Physician's Order

Revised: 6/2005

| | |
|---|---|
| Inmate Name: | Matthew Chaka |
| Inmate Number: | FA 4298 |
| DOB: | 05-07-70 |
| Facility: | SCI-SOMERSET |

# IST/MACS Physician's Order
## (Initial and Complete Order)

**Assistive Devices:**

| | |
|---|---|
| | Ace Bandage w/ Tape |
| | Adaptive Eating Utensils |
| | Air Mattress |
| ✓ | Air Splint / CAST Left foot |
| | Ankle Brace |
| | Ankle Sleeve |
| | Anti-Embolitic Nylons |
| | Arch Supports |
| | Basins |
| | Bed Wedges |
| | Bedside Commode |
| | Braces |
| | Cane |
| | Cast Boots |
| | Catheter Foley |
| | Catheter Straight |
| | Catheter Texas |
| | Cervical Collars (Hard/Soft) |
| | CPAP/BI PAP |
| | Cock-up Splints |
| | Crutches |
| | Dentures |
| | Egg Crate Mattress |
| | Elastic Back/Ab Sup/Rib Belt |
| | Elastic Exercise Bands |
| | Elbow Sleeve |
| | Electric Razor |
| | Eye Patch |
| | Finger Splint |
| | Foley Leg Bag |
| | Geri Chair |
| ✓ | Glasses |
| | Hand Exercisers |
| | Hand Grippers |
| | Hearing Aid |
| | Heel Pads/Heel Lifts |

| | |
|---|---|
| | Hernia Belt |
| | Hot Water Bottle |
| | Hoyer Lift |
| | Humidifier |
| | Ice Bag |
| | Insoles |
| | Knee Brace |
| | Knee Sleeve |
| | Lambs Wools Elbow Protectors |
| | Long Handled Shoe Horn |
| | Medical Alert Bracelet |
| | Nebulizer |
| | Orthopedic Shoes/Boots/Inserts |
| | Oxygen Concentrator |
| | Posey Restraints |
| | Prosthesis |
| | RHU Shoes |
| | Safety Helmet |
| | Sheepskin (For Bed) |
| | Shower Chair/Shower Bed |
| | Side Rails |
| | Sitz Bath |
| | Sling |
| | Specimen Cups |
| | Sunglasses |
| | Transfer Board |
| | Trapeze Bar |
| | Truss |
| | Urinal |
| | Urine Strainer |
| | Walker |
| | Walker w/ Wheels |
| | Wheelchair |
| | Wheelchair Cushion |
| | Wheelchair Custom |
| | |

**Functional Limitations:** NONE

| | |
|---|---|
| | Cognitively Impaired |
| | Hard of Hearing/Deaf |
| | Language Barrier |
| | Mobility Impaired |

| | |
|---|---|
| | Speech Impaired |
| | Vision Impaired |
| | Wheelchair Confined |
| | |

**Medical Assessment Classification:**

| | |
|---|---|
| ✓ | M1 – Medically Stable |
| | M2 – Chronic Illness |
| | M3 – Personal Care |
| | M4 – Skilled Care |
| | M5 – Sub Acute (Infirmary) |

7/6/11 1415

0306-11/21

Signature                    Date/Timeer

Danielle Glotfelty, PA-C     Dr. John R. B...
                             Medical Director

7/6/11 200

S. Krepelka LPN

# PROGRESS NOTES

| Date/ Time | Discipline Abbreviation | Remarks<br>**S**ubjective, **O**bjective, **A**ssessment, **P**lan |
|---|---|---|
| 070671<br>1113 | PA-C | S: CC: Still has left heel pain since March and Swelling. Has had antibiotics? Steroids. Rest. States he has not been running. Has been noted in chart — walking briskly on Walk. Is undergoing US PT currently O: Left heel Ø edema tenderness over Achilles insertion site on heel. Tendon intact A: Achilles tendonitis — refracting t current tx's. ? Pt Compliance as well. P: Will immobilize c̄ Air Cast and use Anti-inflam finish therapy. Recheck 07-2011 If no Relief ? Doctor line for possible ortho consult/telemed. IST/MAC changed also.                              Danielle Glotfelty, PA-C |
| 7-8-11<br>14:10 | P.T. | Pt now is using a walking boot to replace motion of ankle. Swelling appears ↓ if Pt still c/o pain. N↑ ✓ AE              R. D. Mason, PT |
| | | 7/10/ Dr. John R. Benner Medical Director |

Name:    Matthew, Chaka

Number:  FA 4298

DOB:     05-07-70

Facility: SMR

# PHYSICIAN'S ORDER FORM

Inmate Name: Matthew, Chaka

Inmate Number: FA4298

DOB: 5.7.70

Institution: SMR

Drug Allergies: NKDA

| Date/ Military Time | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS |
|---|---|
| 7/20/11 0920 | crutches X 6 wks 4/22/11 cast exchange 8-10-11 (dme) |
| | ✓ 7/20 /11 1300 c 12 Michele Swanhart - CRNP S. Krepelka LPN |
| 7/26/11 0900 | cast shoe X 6 wks Michele Swanhart - CRNP |
| | noted 7.26.11 1130 c Niessner |
| 7-31-11 1435 | Send to Somerset ER via ambulance T.O. Dr. Thomas / (Jckeson) (TokesA) noted 8/3/11 0° (IckesN) Dr. John R. Benner Medical Director 8/4/11 0842 |
| 7/31/11 1900 | May return to block follow up with pa in am X 3 days Motrin 400mg po Q6° prn for pain (given 3 doses until am) Verbal order Dr. Thomas / Desire McIntosh RN Dr. John R. B. Medical Dire |
| noted 7/31/11 1915 | M Halseur / Denise McIntosh RN 7/31/11 0737 |

**PLEASE USE BALL POINT PEN ONLY**

Revised 8/2010

Musculoskeletal Pain                                          Nursing Evaluation Tool

| Date of Report: 7 | 3 | 11 | | Military Time Seen: 1410 |
| MM | DD | YYYY | | |

**Subjective:** Chief Complaint: "I fell down the steps"

History of Present Illness: _____

☐ Check Here if additional notes on back

Pain Assessment: Onset: _____ Location Neck/Back Steps E ___ Radiation: _____ Intensity(0-10): _____
Numbness/Tingling: Blat knees + toes bilat Associated Sx: eighteen ____
Pain Aggravated By: Logged rolled onto back     Pain Relieved By: Lying still
                                        board

Significant Medical History:

|  | Y | N | Comment |  | Y | N | Comment |
|---|---|---|---|---|---|---|---|
| Arthritis | ☐ | ✓ | | Sickle Cell Anemia | ☐ | ✓ | |
| Old Trauma | ☐ | ☐ | | Autoimmune Disease | ☐ | ✓ | |
| Recent Trauma | ☐ | ☐ | | Other: | | | |

**Objective:** Vital Signs: T: _____ P: 88 RR: 16 B/P: 128 / 80

Inspection: Acute distress: ✓ Edema: _____ Skin color(Pallor/erythema/eccymoses): _____
   Gait: _____ Posture: _____ Paralysis: _____ Range of motion: _____
   Deformity: _____ Other: _____
Palpation: Crepitus _____ Skin temperature: W/D Peripheral Pulses: _____ Capillary Refill: _____
   Muscle Strength: _____ Sensation: _____
   Reflexes: _____ Other: _____

Additional Examination: Fell down entire length of stairs on EB
(Continue on back if necessary) Upon entrance to unit I'm lying @ bottom of steps c →
☐ Check Here if continued on back

**Assessment:**
Preliminary Determination(s): _____

☑ Referral Required due to the following: (Check all that apply)
   ☐ Abnormal Vital Signs   ☐ Deformity       ☐ Pulselessness in extremity   ☐ Paresthesia
   ☐ Pallor                 ☐ Paralysis       ☐ Recurrent Complaint (Twice in 72 hours) ☑ Severe Pain
   Other: Numbness/Burning Pain Bilat knees + toes bilat toes
   NOTE: You should contact a physician, physician extender or nursing supervisor if you have any questions about the patient's status.

Referral: Whom/Where: _____ Date for referral: _____
Referral Type: ☐ Routine ☐ Urgent ☑ Emergent (if emergent who was contacted?): To Somerset Hospital ER

☐ **Referral Not Required** (Explain): _____

**Plan:**
Treatment: ☐ Rest ☐ Ice (1st 24 hours) ☑ Immobilization/Splint ☐ Compression/Ace Wrap ☐ Encourage Elevation ☐ Crutches ☐ Sling
   OTC Medications Given: ☐ NO ☐ YES (If Yes, list): _____ Other: _____
Activity Restriction: Neck collar/backboard

Education: The patient demonstrates an understanding of their medical condition, signs and symptoms for which they should seek additional medical
attention (Numbness, tingling, decreased function, worsening pain despite analgesic, fever) and appropriate follow-up: ☐ YES ☐ NO

Disposition: ☐ Return to Block ☐ RHU ☐ Infirmary ☐ Return to Work ☑ Community Hospital ☐ Lay In: _____ Other: _____

x  C Ickes                    Name: C Ickes RN
   Nurses Signature                  Printed

| Nursing Evaluation Tool: Musculoskeletal Pain | Inmate Name: Matthew, Chaka |
| Commonwealth of Pennsylvania | |
| Department of Corrections | Inmate Number: FA 4598   DOB: |
| DC- | |
| Revised 11/13/2008 | Facility: 9-5-70 |

– head lying on crutch on 1st step. I/M able
to move bilat arms ē difficulty. C/o numbness
of ring finger of right hand. C/o burning pain
of right + left knee & toes of bilat feet.
Also C/o pain of neck & lower back
Able to feel touch of bilat L extremities

## MEDICAL INCIDENT/INJURY REPORT

| PERSON INVOLVED | (Last Name) _Matthew_ | (First Name) _Chaka_ | (Middle Initial) | Reported to Dispensary |
|---|---|---|---|---|

Date: _2 / 31 / 11_  AM
Time: _1410_  PM

Male: ☐  Female: ☐  Age: _____

| Date of Incident | Time of Incident ☐ A.M. ☑ P.M. _1340_ | Exact Location of Incident _Stair on EB_ |
|---|---|---|

INMATE ☑

Facility No. _FA4298_   Housing Unit _EB_   Work Related   Yes ☐   No ☑

SUPERVISOR:

EMPLOYEE ☐   Department _____   Job Title _____

VISITOR ☐   Home Address _____   Home Phone _____

OTHER ☐   Occupation _____   Reason for Presence at this Facility _____

Property Involved: ☐   Equipment Involved: ☐   Describe: _____   Was person authorized to be at location of incident: ☐ Yes  ☐ No

**Describe exactly What Happened. Why it happened. Action Taken. If an Injury, State Part of Body Injured. If Property or Equipment Damaged, Describe Damage.  1. Description of Illness/Injury**

I/m fell down stairs on EB unit. Upon arrival to unit I/m lying in supine postion č head elevated on crutch on 1st step A+O×3. No LOC. (Continue On Reverse) →

Was Physician Notified? ☑ Yes  ☐ No   Was Family Notified? Yes ☐ No ☑

Was Person Involved Seen by a Physician? ☐ Yes ☑ No   Date / /   Time A.M. P.M.   Where _____   Physician's Name _____

Was Person Involved Taken To a Hospital? Yes ☑ No ☐   Date _7/31/11_   Time A.M. P.M.   Where _Somerset_   By Whom _Ambulance_

**2. Initial Impression Illness/Injury**

Complaining neck + back pain. Complaining burning pain of bilat knees. Numbness of toes bilat feet

| TYPE OF INJURY | | Indicate on Diagram Location of Injury |
|---|---|---|
| 1. Laceration | ☐ | |
| 2. Hematoma | ☐ | |
| 3. Abrasion | ☐ | |
| 4. Burn | ☐ | |
| 5. Non Apparent | ☐ | |
| 6. Other | ☐ | |
| Specify _____ | | |

**3. Treatment Rendered:** P-88 R-16 B/P 128/80. A+O×3. Neck collar applied Placed on back board.

**Follow-Up** To Somerset Hospital — evaluation

| Date of Report _7/31/11_ | Signature & Title of Person Preparing Report _(RN)_ | Reviewing Authority _Gerald Fuskus RN3 ACHCA_ |
|---|---|---|