IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHAKA MATTHEWS,
    Plaintiff
    v.
PENNSYLVANIA DEPARTMENT OF
CORRECTIONS,
    Defendants

: Case No. 3:13-cv-126-KRG-KAP

Memorandum Order

The plaintiff's motions for reconsideration and for relief from judgment, ECF no. 69, ECF no. 71, were referred to Magistrate Judge Keith A. Pesto in accordance with the Magistrates Act, 28 U.S.C.§ 636, and Local Civil Rule 72.

The Magistrate Judge filed a Report and Recommendation on October 10, 2018, ECF no. 73, recommending that the plaintiff's motions be granted to the extent that plaintiff's objections to the Report and Recommendation at ECF no. 64 be considered on the merits, but that on the merits the effort to alter the judgment entered on September 28, 2018, see ECF no. 67, ECF no. 68, be denied.

The parties were notified that pursuant to 28 U.S.C.§ 636(b)(1) they had fourteen days to file written objections to the Report and Recommendation. Plaintiff filed timely objections at ECF no. 74, that I have considered de novo and reject.

After *de novo* review of the record of this matter, the Report and Recommendation at ECF no. 73, and the objections thereto, the following order is entered:

AND NOW, this 29th day of July, 2019, it is

ORDERED that the plaintiff's motion for reconsideration, ECF no. 69, and motion for relief of judgment, ECF no. 71, are denied in accordance with the Report and Recommendation at ECF no. 73, which is adopted as the opinion of the Court.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF